In the Matter of the Accounting of HILDA R. GILMAN, as Administratrix of the Estate of CYRUS RHEIMS, Deceased, as Guardian of ROSLYN FELDMANN, an Infant, Appellant and Respondent. ROSLYN FELDMANN (Former Infant), Respondent and Appellant.

Submitted October 1, 1945; decided October 25, 1945.

*Avel B. Silverman* for Hilda R. Gilman, appellant and respondent.

*Bernhardt M. Meisels* for Roslyn Feldmann, respondent and appellant.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.